## M'Daniel vs. Spencely & Harker.

In an action of forcible entry and detainer, a witness was offered and objected to, on the ground of interest, which was, that he was mining on the grounds in dispute, under a parol lease from defendant. For this supposed interest he was rejected. This was erroneous. The witness

had no interest in the event, as the right of property did not come in question.